HELENE KREIGER, Respondent, *v.* LOUIS KREIGER, Appellant.

Argued May 15, 1947; decided July 2, 1947.

*Jacob J. Rabinowitz* and *Edward S. Joseph* for appellant.
*Moss K. Schenck* and *Charles Rothenberg* for respondent.

Judgment affirmed, with costs, on the authority of *Estin* **v.** *Estin* (296 N. Y. 308). No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.